

## NUMBER 13-11-00030-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**DANIEL DAVID CHASTAIN,** **APPELLANT,**

**v.**

**SHERRY JO CHASTAIN,** **APPELLEE.**

### On Appeal from the 418th District Court
### of Montgomery County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on April 6, 2011, and the parties were ordered to mediation. This cause is now before the Court on appellant's motion to dismiss the appeal on grounds that the issues have become moot. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
23rd day of June, 2011.